No. 84–6026.  CHAMBERLAIN v. ERICKSON, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 84–6028.  ERICKSON v. WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 84–6053.  HARRIS v. FRIEDLINE ET AL.  C. A. 4th Cir. Certiorari denied.

No. 84–6071.  MCKINNEY v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 4th Cir.  Certiorari denied.

No. 84–6082.  ATTWELL ET AL. v. UNITED STATES POSTAL SERVICE ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 84–6085.  HOUSTON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 84–6100.  HAWTHORNE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 84–6103.  GIGLI v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 84–6114.  PANTOJA-SOTO v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 84–6119.  OKOT v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 84–6120.  GORGEI v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 84–6121.  MENIER v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 84–6129.  THOMAS v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 84–6130.  RIECK v. WOOD, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 84–6136.  MARINO v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 83–654.  TEXAS v. WILKERSON.  Ct. Crim. App. Tex. Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.